**Phillip HATCH, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 63494.**

Missouri Court of Appeals, Western District.

Jan. 25, 2005.

Sarah W. Patel, Kansas City, MO, for Appellant.

Deborah Daniels, Jefferson City, MO, for Respondent.

Before NEWTON, P.J., LOWENSTEIN and HOLLIGER, JJ.

## ORDER

PER CURIAM.

Movant appeals the denial, without an evidentiary hearing, of his Rule 24.035 motion. Affirmed. Rule 84.16(b).